1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  DIANA CRAIG, SBN 221389
   SEYFARTH SHAW
7  400 Capitol Mall, Suite 2350
   Sacramento, CA 95814
8  Telephone: (916) 448-0159
   Fax: (916) 558-4839
9
   Attorney for Defendants
10

11

12                          UNITED STATES DISTRICT COURT

13                          EASTERN DISTRICT OF CALIFORNIA

14  TONY MARTINEZ,                        Case No. CIV. S-06-02214-LKK-DAD

15         Plaintiff,

16  v.                                    **STIPULATION OF DISMISSAL AND ORDER THEREON**

17  CSK AUTO, INC. dba KRAGEN AUTO
    PARTS #00232; PARK CENTER FAMILY
18  LIMITED PARTNERSHIP,

19         Defendants.
                                        /
20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, TONY MARTINEZ, and defendant, CSK AUTO, INC. dba KRAGEN AUTO PARTS #00232, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: December 5, 2006          DISABLED ADVOCACY GROUP, APLC

                                       /s/ Lynn Hubbard, III
                                       LYNN HUBBARD, III
                                       Attorney for Plaintiff

Dated: December 4, 2006          SEYFARTH SHAW

                                       _____
                                       DIANA CRAIG
                                       Attorney for Defendant CSK Auto, Inc.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-02214-LKK-DAD, is hereby dismissed with prejudice.

Dated: December 5, 2006.

                                       LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT